IN THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES OF AMERICA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                           No. 1:15-cr-04087-MCA

ANTONIO M. RUELAS,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE (DOC. 297)

THIS MATTER having come before the Court upon Defendant Antonio M. Ruelas' Unopposed Motion to Modify Conditions of Release (Doc. 297), and the Court having reviewed said Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Order Setting Conditions of Release be modified. The condition that Defendant Antonio Ruelas reside at La Pasada Halfway House is hereby rescinded. Mr. Ruelas is permitted to reside with Ms. Ruby Gomez in Rio Rancho, New Mexico effective as on the date of entry of this order. Mr. Ruelas is required to have radio frequency monitoring with curfew set by Pre-Trial services. Defendant's travel is restricted to Bernalillo and Sandoval Counties. All other conditions imposed in the Order Setting Conditions of Release (Doc. 243) remain in effect.

                                                                    _____
                                                                    The Honorable Laura Fashing
                                                                    United States Magistrate Judge

Submitted By:

William F. Davis
Counsel for Defendant Antonio M. Ruelas

Approved by:

Jennifer M. Rozzini
Assistant United States Attorney